# UNITED STATES DISTRICT COURT
## District of Minnesota

Rachel Frank and Danielle Cowette, on behalf of themselves and all others similarly situated,

        Plaintiff(s),

v.

Gold's Gym of North Augusta, South Carolina, Gold's Gym of Augusta, Georgia (Bobby Jones Exp.), Gold's Gym of Augusta, Georgia (Walton Way Ext.) and Gold's Gym of Evans, Georgia, Gold's Gym of Aiken, South Carolina,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   18-cv-00447-DSD-KMM

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's motion to dismiss [ECF No. 24] is granted; and

2. The case is dismissed without prejudice.

Date:  June 29, 2018

KATE M. FOGARTY, CLERK

s/Lynnette Brennan
(By)  Lynnette Brennan, Deputy Clerk